# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| JOSE MARTINEZ, | CV 15-00377 TJH (JCx) |
| Plaintiff, | |
| v. | |
| ROBERT P. GORDON, *et al.*, | Order To Show Cause |
| Defendants. | |

**It is Ordered** that Plaintiff shall show cause, if he has any, why his claim for general negligence should not be dismissed because the default judgment motion did not address that claim.

Plaintiff shall file a written response to this Order to Show Cause by June 20, 2016. Any brief in opposition to Plaintiff's written response shall be filed no later than seven days after Plaintiff's response is filed. Plaintiff may file a rely brief to any opposition no later than seven days after any opposition brief is filed.

Date: May 16, 2016

_____
Terry J. Hatter, Jr.
Senior United States District Judge