UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT P. GORDON, et al.,<br><br>    Defendants | Case No. CV 15-377-TJH-JC<br><br>CERTIFICATION AND ORDER TO SHOW CAUSE RE CIVIL CONTEMPT<br><br>Date: July 23, 2018<br>Time: 10:00 a.m.<br>Courtroom: 9B<br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

## **CERTIFICATION**

Pursuant to 28 U.S.C. § 636(e)(6), Magistrate Judge Jacqueline Chooljian HEREBY CERTIFIES the following facts to Senior United States District Judge Terry J. Hatter, Jr., to consider in determining whether Judgment Debtor Paul Yongyun Kim should be held in contempt:

1. On March 15, 2018, Judge Chooljian ordered Judgment Debtor Paul Yongyun Kim to attend his examination before Judge Chooljian on June 12, 2018 at 9:30 a.m. ("March Order") (Docket No. 50). The March Order included the following language:

///

1

NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

2. The March Order was personally served on Judgment Debtor Paul Yongyun Kim on March 19, 2018 by a registered process server. (Docket No. 51).

3. On June 12, 2018, the examination of Judgment Debtor Paul Yongyun Kim came on regularly for hearing before Judge Jacqueline Chooljian; however, Judgment Debtor Paul Yongyun Kim did not appear. (Docket No. 52).

## ORDER TO SHOW CAUSE

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Judgment Debtor Paul Yongyun Kim appear before Senior United States District Judge Terry J. Hatter, Jr., at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, in Courtroom 9B, on July 23, 2018 at 10:00 a.m., to show cause, if any there is, why he should not be adjudged in contempt of Court by reason of the facts certified above.

The Judgment Creditor is ordered to personally serve the Judgment Debtor with this Order no later than fourteen days before the show cause hearing.

IT IS SO ORDERED.

DATED: June 29, 2018

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE